Argued and submitted February 8, reversed and remanded April 13, reconsideration denied May 27, petition for review allowed October 4, 1983 (295 Or 730)
See 296 Or 168, 674 P2d 585 (1983)

STATE OF OREGON,
*Respondent,*
*v.*
ARCHIE SNIDER,
*Appellant.*

(81-333C; CA A25034)

661 P2d 124

David E. Groom, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judges.

PER CURIAM.

Van Hoomissen, J., dissenting.

**VAN HOOMISSEN, J.,** dissenting.

I respectfully dissent for the reasons stated in the dissenting opinion in *State v. Middleton,* 61 Or App 680, 686, 658 P2d 555 (1983).